**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-1276

BOLARINWA OKEZIE,

        Plaintiff - Appellant,

    v.

NICHOLAS LEONARD, Officer, ID #3445; L. MUSE, Officer, ID #3056,

        Defendants – Appellees,

    and

PRINCE GEORGE'S COUNTY, MARYLAND,

        Defendant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Charles B. Day, Magistrate Judge. (8:13-cv-00168-CBD)

Submitted: July 29, 2015        Decided: August 13, 2015

Before SHEDD, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bolarinwa Okezie, Appellant Pro Se. Stephen E. Whitted, PRINCE GEORGE'S COUNTY OFFICE OF LAW, Upper Marlboro, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bolarinwa Okezie filed a complaint against the Appellees, Nicholas Leonard and L. Muse, and the Defendant, Prince George's County, Maryland, alleging claims pursuant to 42 U.S.C. § 1983 (2012), and under state law. Following a trial in which the jury found for the Appellees on all of Okezie's claims, the magistrate judge granted Okezie's motion for a new trial. The jury again found for the Appellees on all claims and Okezie now appeals. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm the magistrate judge's order of judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

AFFIRMED

3